# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>    Plaintiff,<br><br>v.<br><br>SUNRISE FOOD MARKET, INC., *et al.,*<br><br>    Defendants. | Case No. 1:17-cv-00189-AWI-EPG<br><br>**ORDER TERMINATING DEFENDANTS**<br><br>(ECF No. 12) |

On July 12, 2017, Plaintiff and Defendants Sunrise Food Market, Inc. *dba* Sunrise Food Market, and Mohamed Saleh Alhomedi filed a stipulation to dismiss Sunrise Food Market, Inc. and Mohamed Saleh Alhomedi with prejudice. (ECF No. 12.) Pursuant to the stipulations, all claims of Plaintiff against Sunrise Food Market, Inc. and Mohamed Saleh Alhomedi have been dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

The Clerk of the Court is DIRECTED to terminate Sunrise Food Market, Inc. and Mohamed Saleh Alhomedi as Defendants in this case.

IT IS SO ORDERED.

Dated: **July 13, 2017**　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE