KEITH M. WHITE #188536
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Defendant,
METACJ, INC., dba SUNRISE FOOD MARKET

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| HENDRIK BLOCK | Case No. 1:17-CV-00189-AWI-EPG |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER TO:** |
| v. | **1. SET ASIDE DEFAULT** |
| SUNRISE FOOD MARKET, INC., dba SUNRISE FOOD MARKET; MOHAMED SALEH ALHOMEDI; METACJ, INC., dba SUNRISE FOOD MARKET | **2. SET RESPONSIVE PLEADING DEADLINE; and** |
| | **3. CONTINUE SCHEDULING CONFERENCE** |
| Defendants. | |

Defendant, METACJ, INC., dba SUNRISE FOOD MARKET ("Defendant") and Plaintiff HENDRIK BLOCK ("Plaintiff"), by and through their undersigned counsel, hereby agree and stipulate as follows:

WHEREAS, Plaintiff filed a Complaint in the above-entitled court on February 10, 2017;

WHEREAS, Defendant was served with the Complaint on March 11, 2017;

WHEREAS, Defendant believed that because it did not own the subject property at the time of the incidents alleged in the Complaint, and that the former owners would be responsible to Plaintiff, it did not need to file a responsive pleading;

///

///

1  WHEREAS, Plaintiff filed a Request for Entry of Default as to Defendant on May 10, 2017. The Clerk's Entry of Default against Defendant was entered on May 11, 2017 (ECF Document 11);

4  WHEREAS, once Defendant retained counsel, it promptly contacted Plaintiff's counsel and asked that the default be set aside, a responsive deadline be set, and the scheduling conference continued;

7  WHEREAS, neither party will be prejudiced by the setting aside of the default;

8  WHEREAS, counsel for the parties herein have worked together in resolving similar lawsuits in the past and are likely to informally resolve the present dispute if allowed the time to do so;

11  WHEREAS, this matter arises out of Plaintiff's claims that Defendant denied him full and equal access to the subject property on account of his disability in violation of Title III of the Americans with Disabilities Act and parallel California law. To assess Plaintiff's claims and in an effort to reach a full resolution of those claims, Defendant has retained a Certified Access Specialist to inspect the subject property and the inspection is scheduled for the week of July 24, 2017;

17  WHEREAS, the Court has set a Continued Initial Scheduling Conference for August 9, 2017;

19  WHEREAS, Plaintiff and Defendant have agreed, subject to the Court's approval, to set aside the default, set a responsive pleading deadline, and continue the scheduling conference in order to allow time for the parties to explore settlement and resolve Plaintiff's claims on the merits if needed rather than by default;

23  THEREFORE, in consideration of the foregoing recitals and subject to the Court's approval, Plaintiff and Defendant hereby stipulate as follows:

25  1.  Defendant's default be set aside;

26  2.  Defendant have to and including September 15, 2017 file its responsive pleading; and

3. The Initial Scheduling Conference be continued for at least 60 days from its currently set date of August 9, 2017, at the Court's convenience.

Dated: July 25, 2017                MISSION LAW FIRM, A.P.C.

By: /s/ Zachary M. Best
ZACHARY M. BEST
Attorneys for Plaintiff, HENDRIK BLOCK

Dated: July 25, 2017                COLEMAN & HOROWITT, LLP

By: /s/ Keith M. White
KEITH M. WHITE
Attorneys for Defendant, METACJ, INC., dba SUNRISE FOOD MARKET

## **ORDER**

Pursuant to stipulation, and for good cause shown,

IT IS HEREBY ORDERED as follows:

1. The default entered against Defendant Metacj, Inc. dba Sunrise Food Market (ECF Document 11) is set aside;

2. Defendant has to and including September 15, 2017 to file its responsive pleading; and

3. The Initial Scheduling Conference is set for October 17, 2017 at 10:00 AM in courtroom 10. The parties are to file their Joint Scheduling Report no less than seven days prior to the conference. The Court grants telephonic appearances, with each party directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.

IT IS SO ORDERED.

Dated:  **July 26, 2017**                /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE